UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

vs.

Case No. 08-CV-10547
HON. GEORGE CARAM STEEH

LUJUANNA WARREN, et al.,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO PROCEED IN FICTITIOUS NAMES AND FOR PROTECTIVE ORDER (#2)

Plaintiff Jane Doe moves for the court's permission to proceed in this lawsuit under the fictitious name, and for entry of a protective order governing the conditions under which plaintiff's true identity may be disclosed to the several defendants. The motion is unopposed. At a June 30, 2008 scheduling conference, the parties acknowledged their willingness to submit a stipulated order defining the scope of an appropriate protective order. Accordingly,

Plaintiff's motion to proceed in a fictitious name is hereby GRANTED. Plaintiff's motion for a protective order is also hereby GRANTED to the extent plaintiff generally seeks entry of a protective order. The court clarifies that the scope of such a protective order remains to be determined, whether by stipulation or otherwise.

    SO ORDERED.

Dated: August 12, 2008

                          s/George Caram Steeh
                          GEORGE CARAM STEEH
                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 12, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk